**Opinion issued March 5, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-25-00765-CV**

————————————

**IN THE MATTER OF B.S, Appellant**

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-01713J**

---

## MEMORANDUM OPINION

Appellant, a juvenile, has filed an unopposed motion to dismiss his appeal. We grant the motion.

We dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Any other pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Guerra, Caughey, and Dokupil.